THOMSEN v. HENRI P. ALEXANDER, Inc.

(Supreme Court, Appellate Term. December 20, 1907.)

SALES—ACTION FOR PRICE—PARTIES LIABLE.

Judgment against a corporation for goods sold and delivered cannot be sustained, the evidence showing that plaintiff's claim existed against its president individually, and was evidenced by his promissory note, several months before defendant was incorporated, and that defendant never dealt with or incurred liability to plaintiff.

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by Edward Thomsen against Henri P. Alexander, incorporated. From a judgment for plaintiff, defendant appeals. Reversed and dismissed.

Argued before GILDERSLEEVE, P. J., and McCALL and FORD, JJ.

Welch, Heine & Fall, for appellant.
Sigmund Wechsler, for respondent.

McCALL, J. This action was brought against the defendant as a corporation, and the summons served upon Alexander, the president. The pleadings were oral, the plaintiff complaining for goods sold and delivered; but it is evident from the testimony that plaintiff's claim existed against Alexander individually, and was evidenced by a promissory note given by him several months before the defendant was incorporated. The defendant had never dealt with and had never incurred liability to the plaintiff. The plaintiff failed to prove a cause of action against the defendant corporation.

Judgment reversed, with costs, and complaint dismissed. All concur.